# WL| Wright Law
## ATTORNEY AT LAW

**305 Broadway, Suite 1001,**
**New York, NY 10007**
**Office (212) 822-1419 • Facsimile (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

April 19, 2022

**BY ECF**

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    *United States* **v.** *Erick Estrada* **22 Cr. 234 (HG)**

Dear Judge Gonzalez:

    I represent Erick Estrada in the above referenced Indictment. I write today to respectfully request the Court adjourn the Status Conference currently scheduled for June 16, 2022, at 11:30am. I make this request due to the sudden unset of a family member's medical condition which would prevent me from appearing in court. The government has graciously consented to the instant request for an adjournment of the Status Conference.

    The defense consents to the waiver of time under the Speedy Trial Act.

                                       Sincerely,
                                       /s/
                                       Christopher Wright

    Cc:    Olatokunbo Olaniyan (via ECF)
            Assistant United States Attorney