# WL| Wright Law
### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708,
NEW YORK, NY 10007
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463
wrightlawnyc@gmail.com
www.wrightlaw.nyc**

February 1, 2023

**BY ECF**

The Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:     *United States* **v.** *Erick Estrada* **22 Cr. 234 (HG)**

Dear Judge Gonzalez:

I represent Erick Estrada in the instant Indictment. I write today to respectfully request the Court adjourn the plea hearing currently scheduled for February 2, 2023 11:00am. I make this request due to a temporary medical condition that will prevent me from appearing in court.

The government has graciously consented to the instant request for an adjournment and all parties are able to appear next Thursday, February 9, 2023 at a time most convenient for the court.

The defense consents to the waiver of time under the Speedy Trial Act.

Sincerely,
/s/
Christopher Wright

cc:    Andres Palacio (via ECF)
       Assistant United States Attorney